MICHAEL N. MILLS (SB #191762)
michael.mills@stoel.com
MICHAEL B. BROWN (SB #179222)
michael.brown@stoel.com
ALLISON C. SMITH (SB #242663)
allison.smith@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendants
Martis Camp Club and
Martis Camp Community Association

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TYLOR ARMSTRONG and KIMBERLY ARMSTRONG, as trustees of The Armstrong Family Trust, U/A 03/18/2008,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF PLACER, a government entity; MARTIS CAMP COMMUNITY ASSOCIATION, a nonprofit corporation; MARTIS CAMP CLUB, a nonprofit corporation; and NEW CINGULAR WIRELESS SERVICES, INC. d/b/a AT&T MOBILITY, an active foreign corporation,<br><br>Defendants. | Case No. 2:21-cv-00779-KJM-KJN<br><br>STIPULATION AND ORDER FOR REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 AND CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE AND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT |

Plaintiff TYLOR ARMSTRONG and KIMBERLY ARMSTRONG, as trustees of The Armstrong Family Trust, U/A 03/18/2008 ("Plaintiff") and Defendants COUNTY OF PLACER ("County"), MARTIS CAMP COMMUNITY ASSOCIATION ("Association"), MARTIS CAMP CLUB ("Club"), and NEW CINGULAR WIRELESS SERVICES, INC. d/b/a AT&T MOBILITY ("AT&T" collectively with the Association, Club and the County as "Defendants"), by and through

1 | their counsel of record (together the "Parties"), respectfully submit the following stipulation and
2 | proposed order.

3 | Pursuant to the Court's Order (Dkt. No. 6-1, ¶ 8) and Local Rules 144 and 271, the Parties
4 | submit that the presence of good cause is as follows:

5 | WHEREAS, on April 30, 2021, Plaintiff filed the Complaint in the above-entitled action
6 | (Dkt. No. 1);

7 | WHEREAS, on April 30, 2021, the Court issued its Order Setting Status (Pretrial
8 | Scheduling) Conference (Dkt. No. 6). This Order set a Status (Pretrial Scheduling) Conference for
9 | September 2, 2021 at 2:30 p.m., and requires the parties to confer as required by Federal Rule of
10 | Civil Procedure 26 and Local Rule 240(b), and submit a Joint Status Report by August 19, 2021;

11 | WHEREAS, on May 19, 2021, a Waiver of Service of Summons was filed (Dkt. No. 16),
12 | which waived personal service of the Complaint on the County, and setting the deadline to respond
13 | to the Complaint for the County within 60 days from May 19, 2021;

14 | WHEREAS, on May 19, 2021, Waivers of Service of Summons were filed (Dkt. Nos. 17-
15 | 18), which waived personal service of the Complaint on the Association and the Club, and setting
16 | the deadline for said defendants to respond to the Complaint within 60 days from May 6, 2021;

17 | WHEREAS, on May 19, 2021, a Waiver of Service of Summons was filed (Dkt. No. 19),
18 | which waived personal service of the Complaint on AT&T, and setting the deadline for AT&T to
19 | respond to the Complaint within 60 days from May 6, 2021;

20 | WHEREAS, on April 16, 2021, Plaintiff demanded the Parties agree to enter into expedited
21 | alternative dispute resolution;

22 | WHEREAS, the Parties have each reviewed the Notice of Availability of Voluntary Dispute
23 | Resolution (ECF No. 6-3) and discussed dispute resolution options with their respective clients;

24 | WHEREAS, the Parties have agreed to an expedited alternative dispute resolution process
25 | and referral of the action to VDRP pursuant to Local Rule 271 and intend to complete the dispute
26 | resolution with the Neutral within the next 90 days;

27 | WHEREAS, no prior extensions have been sought or obtained by the Parties; and, therefore
28 | the Parties stipulate and respectfully request that the Court issue an order that:

1. Continues the Setting Status (Pretrial Scheduling) Conference from September 2, 2021, at 2:30 p.m., to October 28, 2021, at 2:30 p.m., or any day thereafter at the Court's convenience; and

2. Extends the time for all Defendants to respond to the Complaint to September 17, 2021.

Dated: June 4, 2021                    STOEL RIVES LLP

By: /s/ Michael B. Brown
    MICHAEL B. BROWN
    Attorneys for Defendants
    Martis Camp Club and
    Martis Camp Community Association

Dated: June 4, 2021                    BUCHE & ASSOCIATES P.C.

By: /s/ John K. Buche (approved via email on 06-04-21)
    JOHN K. BUCHE
    Attorneys for Plaintiffs
    Tylor Armstrong and Kimberly Armstrong

Dated: June 4, 2021                    CAMPANELLI & ASSOCIATES P.C.

By: /s/ Samuele Riva (approved via email on 06-04-21)
    SAMUELE RIVA
    Attorneys for Plaintiffs
    Tylor Armstrong and Kimberly Armstrong

Dated: June 4, 2021                    COUNTY OF PLACER

By: /s/ Clayton Cook (approved via email on 06-04-21)
    CLAYTON COOK
    Attorneys for Defendant
    County of Placer

Dated: June 4, 2021                    AT&T

By: /s/ Raymond P. Bolaños (approved via email on 06-04-21)
    Raymond P. Bolaños
    Attorneys for Defendant
    New Cingular Wireless Services, Inc. d/b/a AT&T Mobility

**ORDER**

Pursuant to the Stipulation of the Parties, and good cause shown therein, IT IS HEREBY ORDERED THAT:

1. The Action is referred to the Voluntary Dispute Resolution Program pursuant to Local Rule 271;
2. The Clerk of Court shall ensure a copy of this order is served on the court's ADR Coordinator Sujean Park;
3. The Setting Status (Pretrial Scheduling) Conference is continued from September 2, 2021, at 2:30 p.m., to October 28, 2021 at 2:30 p.m.; and
4. The deadline for all Defendants to respond to Plaintiff's Complaint is extended to September 17, 2021.

IT IS SO ORDERED.

_____
CHIEF UNITED STATES DISTRICT JUDGE