1  John K. Buche (SBN 239477) (*Local Counsel*)
   BUCHE & ASSOCIATES, P.C.
2  875 Prospect St., Suite 305
   La Jolla, CA 92037
3  Telephone: (858) 459-9111
   E-mail: jbuche@buchelaw.com
4
   Andrew J. Campanelli (*pro hac vice admission*)
5  Samuele Riva (*pro hac vice admission*)
   CAMPANELLI & ASSOCIATES, P.C.
6  1757 Merrick Ave, Suite 204
   Merrick, NY 11566
7  Telephone: (516) 746-1600
   Facsimile: (516) 746-2611
8  E-mail: ajc@campanellipc.com
   E-mail: sr@campanellipc.com
9
   Attorneys for Plaintiffs TYLOR AND KIMBERLY
10 ARMSTRONG

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                        SACRAMENTO DIVISION

15 TYLOR ARMSTRONG and KIMBERLY          Case No. 2:21-cv-00779-KJM-KJN
   ARMSTRONG, as trustees of The Armstrong
16 Family Trust, U/A 03/18/2008,          JOINT STIPULATION AND
                                          [PROPOSED] ORDER OF DISMISSAL
17             Plaintiffs,                WITH PREJUDICE

18        v.

19 COUNTY OF PLACER, a government entity;
   MARTIS CAMP COMMUNITY
20 ASSOCIATION, a nonprofit corporation;
   MARTIS CAMP CLUB, a nonprofit
21 corporation; and
   NEW CINGULAR WIRELESS SERVICES,
22 INC. d/b/a AT&T MOBILITY, an active
   foreign corporation,
23
               Defendants.
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER            -1-                    2:21-CV-00779-KJM-KJN
OF DISMISSAL WITH PREJUDICE

Plaintiff TYLOR ARMSTRONG and KIMBERLY ARMSTRONG, as trustees of The Armstrong Family Trust, U/A 03/18/2008 ("Plaintiff") and Defendants COUNTY OF PLACER ("County"), MARTIS CAMP COMMUNITY ASSOCIATION ("Association"), MARTIS CAMP CLUB ("Club"), and NEW CINGULAR WIRELESS SERVICES, INC. d/b/a AT&T MOBILITY ("AT&T" collectively with the Association, Club and the County as "Defendants"), by and through their counsel of record (together the "Parties"), respectfully submit the following stipulation and proposed order Pursuant to Local Rules 160:

**WHEREAS**, on April 30, 2021, Plaintiff filed the Complaint in the above-entitled action (Dkt. No. 1);

**WHEREAS**, on April 30, 2021, the Court issued its Order Setting Status (Pretrial Scheduling) Conference (Dkt. No. 6). This Order set a Status (Pretrial Scheduling) Conference for September 2, 2021 at 2:30 p.m., and requires the parties to confer as required by Federal Rule of Civil Procedure 26 and Local Rule 240(b), and submit a Joint Status Report by August 19, 2021;

**WHEREAS**, on May 19, 2021, a Waiver of Service of Summons was filed (Dkt. No. 16), which waived personal service of the Complaint on the County, and setting the deadline to respond to the Complaint for the County within 60 days from May 19, 2021;

**WHEREAS**, on May 19, 2021, Waivers of Service of Summons were filed (Dkt. Nos. 17-18), which waived personal service of the Complaint on the Association and the Club, and setting the deadline for said defendants to respond to the Complaint within 60 days from May 6, 2021;

**WHEREAS**, on May 19, 2021, a Waiver of Service of Summons was filed (Dkt. No. 19), which waived personal service of the Complaint on AT&T, and setting the deadline for AT&T to respond to the Complaint within 60 days from May 6, 2021;

**WHEREAS**, the Parties agreed to an expedited alternative dispute resolution process and referral of the action to VDRP pursuant to Local Rule 271 (Dkt. No. 20);

**WHEREAS**, the Court ordered the action to be referred to the VDRP, continued the Setting Status (Pretrial Scheduling) Conference to October 28, 2021, and extended Defendants' time to respond to September 17, 2021 (Dkt. No. 21);

1    **WHEREAS**, before the Parties had an opportunity to appear before the Neutral, the Parties

2    resolved their dispute and have agreed to file a Joint Stipulation of Dismissal with Prejudice; and,

3    therefore the Parties stipulate and respectfully request that the Court issue an order that:

4          1.    Dismisses this action with prejudice, each party to bear its own costs and fees;

5          2.    Directs the Clerk of the Court to close this case.

6    Dated:  August 23, 2021    STOEL RIVES LLP

7    By: /s/Michael B. Brown (approved via email on 08-20-21)
8    MICHAEL B. BROWN
     Attorneys for Defendants
     Martis Camp Club and
9    Martis Camp Community Association

10
     Dated:  August 23, 2021    BUCHE & ASSOCIATES P.C.
11
     By: /s/ John K. Buche
12   JOHN K. BUCHE
     Attorneys for Plaintiffs
13   Tylor Armstrong and Kimberly Armstrong

14
     Dated:  August 23, 2021    CAMPANELLI & ASSOCIATES P.C.
15
     By: /s/ Samuele Riva
16   SAMUELE RIVA
     Attorneys for Plaintiffs
17   Tylor Armstrong and Kimberly Armstrong

18
     Dated:  August 23, 2021    COUNTY OF PLACER
19
     By: /s/ Clayton Cook (approved via email on 08-05-21)
20   CLAYTON COOK
     Attorneys for Defendant
21   County of Placer

22
     Dated:  August 23, 2021    AT&T
23
     By: /s/ Raymond P. Bolaños (approved via email on
24   08-04-21)
     Raymond P. Bolaños
25   Attorneys for Defendant
     New Cingular Wireless Services, Inc. d/b/a
26   AT&T Mobility

27

28

1

## **ORDER**

2

      Pursuant to the Stipulation of the Parties, and good cause shown therein, IT IS HEREBY

3

ORDERED THAT:

4

    1.      The Action is dismissed with prejudice, each party to bear its own costs and fees;

5

6

    2.      The Clerk of the Court shall close this case.

7

    IT IS SO ORDERED.

8

9

_____

10

CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28